UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

GLOBAL DATA SYSTEMS, INC.  CIVIL ACTION NO. 6:16-cv-01509

VERSUS  JUDGE ELIZABETH FOOTE

WORLD HEALTH INDUSTRIES, INC.  MAGISTRATE PATRICK HANNA
*************************************************************************

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF GLOBAL DATA SYSTEMS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 5.6, Plaintiff Global Data Systems, Inc. makes the following corporate disclosure:

Global Data Systems, Inc. is a Louisiana business corporation, has no parent corporation, and no publicly traded corporation owns 10% or more of Global Data Systems, Inc.

Respectfully submitted,

ALLEN & GOOCH
A Law Corporation

*/s/ Emile Joseph, Jr.*
_____
EMILE JOSEPH, JR., #14410
DAVID J. AYO, #28868
2000 Kaliste Saloom Rd Suite 400
Lafayette, LA  70508
P. O. Box 81129
Lafayette, LA.  70598-1129
Direct Dial 337-291-1240
Direct Fax 337-291-1245
COUNSEL FOR GLOBAL DATA SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Christopher D. Meyer by operation of the Court's electronic filing system.

Lafayette, Louisiana, this 11th day of November, 2016.

/s/ Emile Joseph, Jr.
_____
EMILE JOSEPH, JR.