```
 1         occurred?
 2    A    Oh, it's possible.
 3    Q    Well, assuming that you didn't have any
 4         documents that relayed that information, which
 5         is material to this case, where else would you
 6         go to research something like that?
 7    A    I'm not really clear what you're trying to
 8         research.
 9    Q    The historical change in y'all's website,
10         because you incorporate by reference terms and
11         conditions on a certain website in your quote.
12    A    Correct.
13              MR. JOSEPH:
14                  Let me enter an objection.  Your
15               question is suggesting that the
16               information contained on the website has
17               been changed.  Is that what you're
18               asking?
19              MR. LASSITER:
20                  No.  The information, I don't really
21               care if the information within the terms
22               and conditions themselves have changed.
23    MR. LASSITER:
24    Q    I am referencing of more where those actually
25         existed, what URL they existed at.  Okay?
```

Robert Guidry
November 15, 2017

53

```
 1    A    Okay.
 2    Q    So I'm handing you a series of quotes that
 3         date back to 2014.
 4    A    Okay.
 5    Q    They have been produced by you.  And these
 6         actually have the invoices, the unpaid
 7         invoices within.  But if you'll just look at
 8         the first quote with me.
 9    A    Uh-huh.
10    Q    There's reference at the bottom to a URL.
11    A    Correct.
12    Q    Would you read me that URL?  Might be
13         difficult to see.
14    A    Http: -- possibly https: --
15         //www.getgds.com/gdstscs.cfm.
16    Q    Are you familiar with that particular URL?
17    A    That would have been where our terms and
18         conditions would have been at that time.
19    Q    You can state unequivocally today that as of
20         the contract start date, 11/1/2014, that those
21         terms and conditions were on that URL?
22             I'm sorry.  8/22/2014 is the date of the
23         quote.  We can go by that date, if you like.
24    A    To my knowledge, yes.
25    Q    And without belaboring the point, you can flip
```

Baton Rouge Court Reporters, LLC
225-292-8686

Robert Guidry
November 15, 2017

54

```
 1            through one of the quotes, but I believe the
 2            same URL is referenced in each?
 3     A      Correct.
 4     Q      With respect to the 2014 quotes that we're
 5            talking about here that I'm going to mark as
 6            Exhibit 6 -- take all the time you need.
 7                 (Exhibit 6 marked.)
 8     A      Yes.  I looked at them all.  They all have
 9            that same URL.
10     Q      Okay.  Do you have any understanding the
11            phrase "incorporate by reference" as it refers
12            to legal terms?
13     A      Not a legal guy.
14     Q      Do you understand that as -- that what this
15            quote is effectively attempting to do legally
16            is incorporate your terms and conditions into
17            the agreement?
18     A      Yes.  That was the intent.
19     Q      Okay.  Which terms and conditions are you
20            referring to?  Because there were multiple
21            terms and conditions on the website, were
22            there not?
23                 I mean, there's a Master Services
24            Agreement, as I understand it?
25     A      Correct.
```

```
 1   Q    There's terms and conditions for satellite
 2        services, as I understand it?
 3   A    Correct.
 4   Q    There's terms and conditions for non-satellite
 5        services, as I understand it?
 6   A    Correct.
 7   Q    So what terms and conditions in your mind,
 8        sitting here today, would have -- would have
 9        governed, I guess, this agreement with RX Pro?
10   A    The non-satellite.
11   Q    Okay.  Were there ever satellite services
12        provided RX Pro?
13   A    They were not provided to RX Pro.
14   Q    At any point?
15   A    At any point.
16   Q    Not even as a stopgap procedure that Patrick
17        Leigh might have done?
18   A    It was proposed.  It was not implemented.
19   Q    To your knowledge, the website, the URL that's
20        referenced here, those terms and conditions
21        still exist on that URL, sitting here today?
22   A    No.  That website is no longer in existence.
23        This was a different hosting provider than
24        what we have today.
25   Q    But you don't know when that hosting
```

Robert Guidry
November 15, 2017

56

```
 1         transferred over?
 2    A    No, I do not.
 3    Q    And you don't believe you could ever find that
 4         information?
 5    A    I can tell you when this one started so you
 6         can infer that.
 7    Q    Okay.  When did this one start?
 8    A    No.  I'd could go find it.
 9         MR. JOSEPH:
10             What do you mean?  Which one?
11         THE WITNESS:
12             Our new service.  I could go find out
13          when it started.  There's a possibility
14          of that.
15         MR. LASSITER:
16             That might be helpful.  I believe that
17          we have requested that type of
18          information.
19         MR. JOSEPH:
20             You've asked for information with
21          regards to changing of the website, not
22          the host.  I'll look at that today.  I
23          might have --
24         MR. LASSITER:
25             Is it your position that one's
```

Robert Guidry
November 15, 2017

57

```
1                  different from the other?
2            MR. JOSEPH:
3                Yes.
4            MR. LASSITER:
5                He's saying, I think his testimony is
6            that once the hosting changed, the URL
7            itself changed as well.
8            MR. JOSEPH:
9                But the content does not change, the
10           content of the website.  Tell me where
11           you asked for it.  I'm not hiding it.
12           MR. LASSITER:
13               No, I don't have the Requests for
14           Production.  But, you know, if you're
15           taking the position that we haven't
16           requested any documentation internally
17           related to the change of the website --
18           MR. JOSEPH:
19                It's not a change to the website.  As
20           I appreciate it --
21    MR. LASSITER:
22    Q    Is it a change to the website?
23    A    I'm not sure what you're talking about.  First
24         of all --
25    Q    It's a change to the URL?
```

Robert Guidry
November 15, 2017

58

```
1   A    It's a change to the URL.
2   Q    Okay.  Is a URL a website?
3   A    No.
4   Q    Okay.  What's the difference?
5   A    The content on a website is maybe where we're
6        getting off our perspectives here.  And so
7        when I look at this one here, I'd say the
8        hosting provider at this time was using a
9        technology called ColdFusion.  So all the URLs
10       that they will use to point to their documents
11       have to conform to the technology they're
12       using to prevent -- present that content.
13            You go to a different provider, it will
14       still be the same content.  It could be
15       labeled different, like a file name is
16       different.  I could have two Word documents
17       that have the same exact stuff that have two
18       different names.  Think about it like that.
19            Now, the website, the new web provider has
20       a different format as far as how it's
21       presenting the information, how it's calling
22       the information.  It doesn't mean the
23       information itself has changed; it's just the
24       URL that people see has changed.
25  Q    Right.  The URL that you provide as a
```

```
 1              reference --
 2     A    Right.
 3     Q    -- on your quote.
 4              So I mean, a customer would use this URL
 5          to go search for the terms and conditions,
 6          correct?
 7     A    At that time.
 8     Q    Right.
 9     A    Yes.
10     Q    And if they weren't there, that would be a
11          problem for the customer, right?
12     A    But they were there.
13     Q    Okay.  You said you can't confirm or deny
14          that.
15              MR. JOSEPH:
16                 I object.  I think he said something
17              different in his testimony.
18     MR. LASSITER:
19     Q    Okay.  What is your testimony?  I want to
20          understand completely.
21     A    I create these documents.  So for me to put
22          all these URLs in here, I have to validate
23          that they work.
24     Q    So you did validate contemporaneously with
25          these quotes that it was a working link?
```

Robert Guidry
November 15, 2017

60

```
 1   A    Yeah, correct.  And then when they change the
 2        website, I have to change the layout of this,
 3        you know, information.  And, again, I have to
 4        validate that that information is still
 5        current or still available.  Even though --
 6            MR. LASSITER:
 7                So you're taking the position that the
 8             change in web address is different from a
 9             change in website, and so you're not
10             going to produce any documents related to
11             this?
12            MR. JOSEPH:
13                No, no, no.  I'm not saying I'm not
14             going to produce them but here's -- you
15             didn't ask for it.
16            MR. LASSITER:
17                Okay.
18            MR. JOSEPH:
19                 The only two requests you made in
20             your Request for Production of Documents,
21             Request Number 5, all written, recorded
22             or typed reports or documents regarding
23             the changes to the terms and conditions
24             used by you.  That's Request Number 5.
25                 Request Number 8.  All versions of all
```

Robert Guidry
November 15, 2017

61

```
 1              terms and conditions used by Global Data
 2              during the period of one year before the
 3              effective date of the alleged contract at
 4              issue in this litigation to one year
 5              after the alleged termination of same.
 6                 That's the only two requests for
 7              production of documents that you refer to
 8              that's remotely relating to the website.
 9              So I'm happy to produce the date that
10              they changed the URL.  That's not a
11              problem but, John, you didn't ask for it.
12           MR. LASSITER:
13                 I hadn't been able to review it and
14              I'll take some time maybe during the
15              break.
16           MR. JOSEPH:
17                 It's not a hide and seek.  I'll give
18              you what you want but you've got to ask
19              for it.
20           MR. LASSITER:
21                 Right.  And we might have to revisit
22              these documents in -- what's it called --
23              ConnectWise?  To the extent that there's
24              reports that exist related to our
25              services provided under the agreement, I
```

Robert Guidry
November 15, 2017

62

```
 1              haven't ever seen any of those either.
 2              So I just want to have an agreement today
 3              that you'll go back and review.
 4         MR. JOSEPH:
 5              Whatever you need, we will do.
 6    MR. LASSITER:
 7    Q    You don't have a contact for Ned Fasullo, do
 8         you?
 9    A    He's on LinkedIn.  I could catch him there.
10    Q    Okay.
11    A    Facebook and social media stuff.
12    Q    His cell phone would have been work-issued?
13         He's got a different number now?
14    A    I do not know.
15    Q    You never had his cell phone?
16    A    If I did, I already deleted it.  I mean, get
17         rid of it out of the corporate directory, it's
18         gone.
19    Q    Y'all break up.  I got you.
20              Interrogatory Number 22 is a question that
21         says:  State and/or identify every fact or
22         document supporting your claim that there was
23         a termination of an alleged contract between
24         you and Defendant WHI.  You reference a buyout
25         proposal, aging report, and some other
```

Robert Guidry
November 15, 2017

75

```
 1              research of this company?
 2     A        I did not, but that's not my role.
 3     Q        Okay.  Whose role would that have been?
 4     A        It probably would have gone through the
 5              account manager.
 6     Q        Who was the account manager as of February 17?
 7     A        At the time of the change, it was Mark Gray.
 8     Q        Does Mark Gray have authority to bind Global
 9              Data?
10     A        No, he does not.
11     Q        Have you ever told a customer that he doesn't
12              have authority to bind Global Data?
13     A        No.
14     Q        Have you ever told Jerome Beasley that he
15              doesn't have authority to bind Global Data?
16     A        That Mark Gray does not have the authority to
17              bind Global Data?  No.
18     Q        Because your contention is that Jerome Beasley
19              has authority -- as I understand it -- has
20              authority to bind RX Pro?
21     A        Uh-huh.
22     Q        What was Jerome Beasley's capacity -- do you
23              know what his job title was within RX Pro?
24     A        No, I do not.
25     Q        Do you know whether he was an executive within
```

Robert Guidry
November 15, 2017

76

```
 1            the company?
 2     A      I do not believe he was.
 3     Q      Okay.  Yet, your contention is that Mark Gray
 4            had no authority whatsoever to bind Global
 5            Data in any respect?
 6     A      That is correct.
 7     Q      Okay.  He's never signed a work order or
 8            anything?
 9     A      He's not authorized to do so.
10     Q      Okay.  But you've never had any specific
11            conversations with anybody within RX Pro that
12            Mark Gray could not bind GDS?
13     A      No, I did not.
14     Q      It lists the account manager here as Lacey
15            Collins.  Do you see that?
16     A      Yes.
17     Q      Was she the new account manager after Mark
18            Gray left?
19     A      No.  Again, as stated earlier, she's dealing
20            with contracts.  So I asked her to do a buyout
21            contract, so she is the one who created the
22            proposal, so it just defaults to her name.
23     Q      I'm handing you a series of e-mails.  This
24            will be 8.  I tell you what, I'll do the
25            honors.
```